IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| LARRY GERRARD BASKERVILLE | : | 1:08CR369-1 |
| TOMMY LEWIS BENNETT, JR. | : | 1:08CR369-2 |
| JENNIFER NEACO LENNON | : | 1:08CR369-3 |

The Grand Jury charges:

COUNT ONE

From on or about May 6, 2008, continuing up to and including May 19, 2008, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, LARRY GERRARD BASKERVILLE, TOMMY LEWIS BENNETT, JR., JENNIFER NEACO LENNON, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

On or about May 6, 2008, in the County of Guilford, in the Middle District of North Carolina, LARRY GERRARD BASKERVILLE and JENNIFER NEACO LENNON willfully, knowingly and intentionally did unlawfully distribute approximately 14 grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about May 14, 2008, in the County of Guilford, in the Middle District of North Carolina, LARRY GERRARD BASKERVILLE willfully, knowingly and intentionally did unlawfully distribute approximately 25.2 grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FOUR

On or about May 19, 2008, in the County of Guilford, in the Middle District of North Carolina, LARRY GERRARD BASKERVILLE, TOMMY LEWIS BENNETT, JR., and JENNIFER NEACO LENNON willfully, knowingly and intentionally did unlawfully possess with intent to distribute approximately 62 grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II,

controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:


FOREPERSON


DAVID P. FOLMAR, JR.
ASSISTANT UNITED STATES ATTORNEY


ANNA MILLS WAGONER
UNITED STATES ATTORNEY

3