IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
UNITED STATES OF AMERICA        :
                                :
          v.                    :
                                :
LARRY GERRARD BASKERVILLE       :       1:08CR369-1
TOMMY LEWIS BENNETT, JR.        :       1:08CR369-2
JENNIFER NEACO LENNON           :       1:08CR369-3
```

NOTICE OF SUBSTITUTION OF ATTORNEY:

The undersigned attorney hereby gives notice to the Court to assume responsibility for the above case. Assistant United States Attorneys David P. Folmar, Jr. And Randall Stuart Galyon are hereby relieved of further responsibility in this matter.

This the 16th day of March, 2008.

```
                    Respectfully submitted,

                    ANNA MILLS WAGONER
                    United States Attorney


                    /S/ PAUL A. WEINMAN
                    Assistant United States Attorney
                    NCSB# 8558
                    United States Attorney's Office
                    Middle District of North Carolina
                    251 N. Main Street, Suite 726
                    Winston-Salem, NC 27101
                    E-mail: paul.weinman@usdoj.gov
```

```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

UNITED STATES OF AMERICA         :
                                 :
          v.                     :
                                 :
LARRY GERRARD BASKERVILLE        :        1:08CR369-1
TOMMY LEWIS BENNETT, JR.         :        1:08CR369-2
JENNIFER NEACO LENNON            :        1:08CR369-3

                      CERTIFICATE OF SERVICE

     I hereby certify that on March 16, 2009, the foregoing Notice of Substitution of Attorney was electronically filed with the Clerk of the Court using the CM/ECF system, and electronically sent to Christopher B. Shella @chrisshella@yahoo.com, David B. Freedman at kathy@cfpwlaw.com and Daniel Smith Johnson at djohnson@gtc-law.com.

                              Respectfully submitted,


                              /s/ Paul A. Weinman
                              Assistant United States Attorney
                              NCSB #8558
                              United States Attorney's Office
                              Middle District of North Carolina
                              251 N. Main Street, Suite 726
                              Winston-Salem, NC 27101
                              E-mail: paul.weinman@usdoj.gov