```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

UNITED STATES OF AMERICA,          Criminal Action
                                   No. 1:08CR369-2
    Plaintiff,

vs.                                Greensboro, North Carolina
                                   February 23, 2010
TOMMY LEWIS BENNETT, JR.,

    Defendant.

_____/

TRANSCRIPT OF SENTENCING PROCEEDINGS

BEFORE THE HONORABLE N. CARLTON TILLEY, JR.

UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Government: | RANDALL GALYON, ESQUIRE<br>Assistant United States Attorney<br>Post Office Box 1858<br>Greensboro, North Carolina 27402 |
| For the Defendant: | DAVID B. FREEDMAN, ESQUIRE<br>301 North Main Street<br>Suite 700<br>Winston-Salem, North Carolina 27107 |
| Court Reporter: | J. Calhoun, RPR<br>Room 101, U.S. Courthouse Building<br>324 West Market Street<br>Greensboro, North Carolina 27401<br>(336) 332-6033 |

Proceedings reported by stenotype reporter.
Transcript produced by computer-aided transcription.

```
 1              (Defendant is present.)
 2              THE COURT:  Mr. Galyon.
 3              MR. GALYON:  Good morning, Your Honor.  If it
 4   please the Court, the next matter is United States of
 5   America versus Tommy Lewis Bennett, 1:08CR369-2.
 6              THE COURT:  Mr. Freedman.
 7              MR. FREEDMAN:  We had subpoenaed an officer to be
 8   here from Richmond County, who cannot be here today, but can
 9   be here tomorrow.  We just ask that this be continued until
10   tomorrow so we can have the officer present here.
11              THE COURT:  Do you have objections to that,
12   Mr. Galyon?
13              MR. GALYON:  No, Your Honor.
14              THE COURT:  I'll do that.
15              MR. FREEDMAN:  Thank you.
16         (This matter was concluded.)
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I, J. CALHOUN, RPR, United States District Court Reporter for the Middle District of North Carolina, DO HEREBY CERTIFY

That the foregoing is a true and correct transcript of the proceedings had in the within-entitled action; that I reported the same to typewriting through the use of Computer-Aided Transcription.

THIS TRANSCRIPT CERTIFICATION IS VOID, IF THE SIGNATURE IS NOT ORIGINALLY SIGNED BY THE COURT REPORTER WHO REPORTED THIS MATTER.

Date: 12-14-10

J. Calhoun, RPR
United States Court Reporter
324 W. Market Street
Greensboro, NC 27401