FILED: March 20, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-4422
(1:08-cr-00369-NCT-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TOMMY LEWIS BENNETT, JR.

    Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk